479 A.2d 1098

Commonwealth v. Edwards, Appellant.

Submitted May 18, 1984. Daniel R. Lovette, III, Assistant Public Defender, for appellant; Gerard Long, District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.